# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. <u>**1:21-CR-10049 (JDB)**</u> |
| | ) |
| vs. | ) |
| | ) |
| ALEXANDER ALPEROVICH, MD | ) |
| | ) |
| Defendant. | ) |

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS

The United States respectfully submits that the government has no objections to the Presentence Investigation Report in the above-referenced matter.

        Respectfully Submitted,

        JOSEPH S. BEEMSTERBOER
        Acting Chief, Fraud Section
        Criminal Division
        United States Department of Justice

By:     <u>*/s/ Jillian Willis*</u>
        JILLIAN D. WILLIS
        Assistant Chief, Health Care Fraud Unit
        United States Department of Justice
        Criminal Division, Fraud Section

## CERTIFICATE OF SERVICE

On September 1, 2021, I served a copy of this document by electronically filing it on the Court's electronic filing system.

                                                 */s/ Jillian Willis*
                                                 JILLIAN D. WILLIS
                                                 Assistant Chief, Health Care Fraud Unit
                                                 United States Department of Justice
                                                 Criminal Division, Fraud Section