# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:21-10049-JDB-01 |
| ) | |
| ALEXANDER ALPEROVICH, M.D. ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes the defendant, Alexander Alperovich, M.D., through counsel, and respectfully moves this Court for a continuance of the sentencing in this matter currently scheduled for May 18, 2023.

In further support, the following is stated:

(1) On May 20, 2021, Dr. Alperovich entered a plea of guilty by information to a false statement related to health care matters [Doc. 1 and 5]. Dr. Alperovich was released on his present bond adopted from the previous indictment, case number 1:19-10042-02 [Doc. 6].

(2) A related case involving Dr. Alperovich, specifically referenced in Dr. Alperovich's plea agreement in this case [Doc. 5], is *United States v. Jeffrey Young*, USDC WDTN No. 1:19-cr-10040. Under the terms of Dr. Alperovich's plea agreement, the government will move to dismiss that case against Dr. Alperovich at the time of Dr. Alperovich's sentencing hearing in this case. [Plea Agreement, Doc. 5, PageID 17, ¶ 12].

(3) Another defendant in the related case, Andrew Rudin, M.D., entered a plea of guilty to an information on March 22, 2023. [*United States v. Andrew Rudin, M.D.*, USDC WDTN No. 1:23-cr-10028, Minute Entry, Doc. 2]. Like Dr. Alperovich, under the terms of Dr. Rudin's plea agreement, the government will move to dismiss No. 1:19-cr-10040 against Dr. Rudin at the time

of his sentencing hearing. [*United States v. Rudin*, USDC WDTN No. 1:23-cr-10028, Plea Agreement, Doc. 4, PageID 13, ¶ 10]. Dr. Rudin is presently scheduled to be sentenced before this Court on July 6, 2023, at 10:30 AM. [*United States v. Rudin*, USDC WDTN No. 1:23-cr-10028, Order on Guilty Plea and Notice of Setting as to Andrew Rudin, Doc. 5, PageID 15].

(4) Dr. Alperovich and Dr. Rudin have related cases, and counsel respectfully submits that it is appropriate for this Court to hear both sentencing hearings on the same day. This is more efficient for lead counsel of the government, who resides in Washington, D.C., and will be able to present argument at both sentencing hearings in one trip to Jackson, Tennessee.

(5) It is respectfully submitted that additional time is also necessary for counsel to prepare for sentencing.

(6) For the above reasons, it is respectfully submitted that Dr. Alperovich's sentencing hearing in this matter should be continued to July 6, 2023, the date of Dr. Rudin's sentencing hearing.

(7) The government agrees that a continuance of the sentencing hearing is appropriate.

Respectfully submitted this 4th day of May, 2023.

*RITCHIE, DAVIES, JOHNSON & STOVALL, P.C.*

/s/Stephen Ross Johnson
**STEPHEN ROSS JOHNSON, TN BPR #022140**
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
johnson@rdjs.law

*MASSEY MCCLUSKY FUCHS & BALLENGER*

/s/William D. Massey
**WILLIAM D. MASSEY, TN BPR #009568**
3074 East Street
Memphis, TN 38128
(901) 384-4004
w.massey3074@gmail.com

*Attorneys for Alexander Alperovich, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Stephen Ross Johnson

3