✏ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Tennessee

UNITED STATES OF AMERICA

V.

ALEXANDER ALPEROVICH, M.D.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cr-10049-JDB-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Daniel Breen | Katherine Payerle | Stephen Ross Johnson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/29/2023 | Kristi Heasley | Blair Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/29/2023 | Y | Y | Def. Ex. 1 - Letter and pic |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages